# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Linda R Richard**                                                                 Case No.   **20-13620**
Debtor(s)                                                         Chapter   **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  **Linda R Richard**  , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☑  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date   **September 8, 2020**            Signature   **/s/ Linda R Richard**
                                                    **Linda R Richard**
                                                    Debtor