# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Linda R. Richard, | : | Chapter 13 |
| Debtor | : | Case No.:  20-13620-ppm |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Second Amended Chapter 13 Plan dated and docketed November 17, 2020 was forwarded to the following parties, as follows:

*Via Certified First Class Mail, Postage Pre-Paid on November 17, 2020:*

Wendy Reeves, Bankr. Clerk
Mariner Finance, LLC
8211 Town Center Drive
Nottingham, MD 21236

*Via First Class Mail, Postage Pre-Paid on November 17, 2020:*

Jeffrey J. Brown, CEO
Ally Bank
PO Box 130424
Roseville, MN 55113-0004

*Via Electronic Filing (ECF) on November 17, 2020:*

Rebecca Ann Solarz on behalf of Creditor Amerihome Mortgage Company, LLC
bkgroup@kmllawgroup.com

Scott F. Waterman, Chapter 13 Trustee
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**ROSS, QUINN & PLOPPERT, P.C.**

By:   */s/ Joseph Quinn*
      Joseph Quinn, Esquire
      192 S. Hanover Street, Suite 101
      Pottstown, PA 19464
      T: 610.323.5300
      F: 610.323.6081
      jquinn@rqplaw.com
Date:  November 17, 2020      Counsel for Debtor