**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Linda R. Richard, | : | Chapter 13 |
| Debtor | : | Case No.:  20-13620-ppm |

<u>AMENDED CERTIFICATE OF SERVICE</u>

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Second Amended Chapter 13 Plan dated and docketed November 17, 2020 was forwarded to the following parties, as follows:

*Via Certified First Class Mail, Postage Pre-Paid on November 17, 2020:*

Wendy Reeves, Bankr. Clerk
Mariner Finance, LLC
8211 Town Center Drive
Nottingham, MD 21236

*Via First Class Mail, Postage Pre-Paid on November 17, 2020:*

Jeffrey J. Brown, CEO
Ally Bank
PO Box 130424
Roseville, MN 55113-0004

**Via First Class Mail, Postage Pre-Paid on November 18, 2020**

United States Trustee
Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

*Via Electronic Filing (ECF) on November 17, 2020:*

Rebecca Ann Solarz on behalf of Creditor Amerihome Mortgage Company, LLC
bkgroup@kmllawgroup.com

Scott F. Waterman, Chapter 13 Trustee
ECFMail@ReadingCh13.com

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*_____
        Joseph Quinn, Esquire
        192 S. Hanover Street, Suite 101
        Pottstown, PA 19464
        T: 610.323.5300
        F: 610.323.6081
        jquinn@rqplaw.com
Date:  November 17, 2020        Counsel for Debtor