**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Linda R. Richard, | : | Chapter 13 |
| Debtor | : | Case No.:  20-13620-ppm |

**PRAECIPE TO WITHDRAW AMENDED CERTIFICATE OF SERVICE**
**[DOCUMENT NO. 18]**

TO THE CLERK OF COURT:

Kindly withdraw the Amended Certificate of Service filed by Debtor's Counsel on November 18, 2020 [Document No. 18].

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@rqplaw.com

Date: November 18, 2020