Certificate Number: 05781-PAE-DE-035137096

Bankruptcy Case Number: 20-13620



05781-PAE-DE-035137096

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 1, 2020, at 1:34 o'clock PM PST, Linda Richard completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 1, 2020                    By:    /s/Allison M Geving

                                            Name:  Allison M Geving

                                            Title: President