United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Linda R Richard  
    Debtor

Case No. 20-13620-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Jan 21, 2021      Form ID: 155      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda R Richard, 92 Hall Road, Shoemakersville, PA 19555-1107 |
| 14540103 | + | AmeriHome Mortgage Company, LLC, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14536038 | + | Amerihome Mtg Co, Llc, Po Box 77404, Ewing, NJ 08628-6404 |
| 14536039 | + | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14536041 | + | Ccs/bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104-0478 |
| 14536042 | + | Ccs/first National Ban, 500 East 60th St North, Sioux Falls, SD 57104-0478 |
| 14560587 | + | Cenlar FSB, Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14536047 | + | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197-0001 |
| 14536049 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14536050 | + | Mercury Card/fb&t/tsys, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 14538428 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 14547822 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14536058 | | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14541334 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14538325 | | Email/Text: ally@ebn.phinsolutions.com | Jan 22 2021 04:07:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14536037 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 22 2021 04:07:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14549841 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 22 2021 03:56:25 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14536040 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 22 2021 03:51:51 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14549842 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 22 2021 03:56:25 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14536043 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2021 04:07:00 | Comenity Bank/womnwthn, Po Box 182789, Columbus, OH 43218-2789 |
| 14536044 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2021 04:07:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14536045 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 22 2021 03:51:57 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14537899 | | Email/Text: mrdiscen@discover.com | Jan 22 2021 04:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14536046 | + | Email/Text: mrdiscen@discover.com | Jan 22 2021 04:07:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |

Case 20-13620-pmm   Doc 28   Filed 01/23/21   Entered 01/24/21 00:50:32   Desc Imaged
                        Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2021 | Form ID: 155 | Total Noticed: 40 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14536048 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 22 2021 04:09:00 | Gbs/first Electronic B, Po Box 4499, Beaverton, OR 97076-4499 |
| 14559875 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2021 03:55:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14558814 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2021 03:55:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14559412 | | Email/Text: bnc-quantum@quantum3group.com | Jan 22 2021 04:08:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 14559904 | | Email/Text: bnc-quantum@quantum3group.com | Jan 22 2021 04:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14549751 | | Email/Text: bnc-quantum@quantum3group.com | Jan 22 2021 04:08:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14560185 | + | Email/Text: bnc-quantum@quantum3group.com | Jan 22 2021 04:08:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 2489, Kirkland, WA 98083-2489 |
| 14559903 | | Email/Text: bnc-quantum@quantum3group.com | Jan 22 2021 04:08:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14559413 | | Email/Text: bnc-quantum@quantum3group.com | Jan 22 2021 04:08:00 | Quantum3 Group LLC as agent for, CreditShop LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14536051 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 22 2021 03:55:42 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14536052 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 22 2021 03:55:41 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14536053 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 22 2021 03:51:44 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14536054 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 22 2021 03:55:42 | Syncb/netwrk, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14536055 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 22 2021 03:51:44 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 14536056 | | Email/PDF: gecsedi@recoverycorp.com | Jan 22 2021 03:51:45 | Syncb/walmart, PO Box 960024, Orlando, FL 32896-0024 |
| 14536057 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 22 2021 04:08:00 | Webbank/gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14537669 | *+ | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jan 21, 2021 | Form ID: 155 | Total Noticed: 40

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 23, 2021                         Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| JOSEPH L QUINN | on behalf of Debtor Linda R Richard CourtNotices@rqplaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Linda R Richard
    Debtor(s)

Chapter: 13
Bankruptcy No: 20−13620−pmm

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this January 21, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

25
Form 155