| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-13620-PMM

Linda R Richard  
92 Hall Road  
Shoemakersville  PA    19555

Petition Filed Date: 09/08/2020  
341 Hearing Date: 10/06/2020  
Confirmation Date: 01/21/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $420.00 | | 05/12/2021 | $420.00 | | 06/14/2021 | $420.00 | |
| 07/13/2021 | $420.00 | | 08/12/2021 | $420.00 | | 09/14/2021 | $420.00 | |
| 10/13/2021 | $420.00 | | 11/16/2021 | $420.00 | | 12/13/2021 | $420.00 | |
| 01/12/2022 | $420.00 | | 02/15/2022 | $420.00 | | 03/14/2022 | $420.00 | |
| 04/12/2022 | $420.00 | | 05/12/2022 | $420.00 | | 06/13/2022 | $420.00 | |
| 07/12/2022 | $420.00 | | | | | | | |

**Total Receipts for the Period: $6,720.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $9,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,028.00 | $3,028.00 | $0.00 |
| 1 | MARINER FINANCE LLC »» 001 | Secured Creditors | $10,470.26 | $5,510.73 | $4,959.53 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $3,539.28 | $0.00 | $3,539.28 |
| 3 | ALLY FINANCIAL »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | FIRST NATIONAL BANK OMAHA »» 004 | Unsecured Creditors | $513.54 | $0.00 | $513.54 |
| 5 | WELLS FARGO BANK NEVADA NA »» 005 | Unsecured Creditors | $3,596.28 | $0.00 | $3,596.28 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR »» 007 | Unsecured Creditors | $1,782.51 | $0.00 | $1,782.51 |
| 7 | AMERICAN INFOSOURCE LP »» 008 | Unsecured Creditors | $670.05 | $0.00 | $670.05 |
| 8 | AMERICAN INFOSOURCE LP »» 009 | Unsecured Creditors | $1,375.09 | $0.00 | $1,375.09 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $3,720.79 | $0.00 | $3,720.79 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $4,949.75 | $0.00 | $4,949.75 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR »» 012 | Unsecured Creditors | $3,720.08 | $0.00 | $3,720.08 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR »» 013 | Unsecured Creditors | $3,089.24 | $0.00 | $3,089.24 |
| 13 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $2,240.50 | $0.00 | $2,240.50 |

**Chapter 13 Case No. 20-13620-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $813.62 | $0.00 | $813.62 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 016 | Unsecured Creditors | $1,510.25 | $0.00 | $1,510.25 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 017 | Unsecured Creditors | $1,402.69 | $0.00 | $1,402.69 |
| 17 | CENLAR FSB<br>»» 018 | Mortgage Arrears | $10.02 | $0.00 | $10.02 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $2,947.04 | $0.00 | $2,947.04 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $1,281.73 | $0.00 | $1,281.73 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $1,117.52 | $0.00 | $1,117.52 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,300.00 | Current Monthly Payment: | $420.00 |
| Paid to Claims: | $8,538.73 | Arrearages: | $0.00 |
| Paid to Trustee: | $756.00 | Total Plan Base: | $15,180.00 |
| Funds on Hand: | $5.27 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.