United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 20-13620-pmm
Linda R Richard Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 3
Date Rcvd: Oct 25, 2023 Form ID: 138OBJ Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda R Richard, 92 Hall Road, Shoemakersville, PA 19555-1107 |
| 14540103 | + | AmeriHome Mortgage Company, LLC, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14547822 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14536058 | | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 26 2023 00:33:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 26 2023 00:33:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14538325 | | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2023 00:32:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14622652 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2023 00:36:35 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14536037 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2023 00:32:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14536038 | ^ | MEBN | Oct 26 2023 00:21:15 | Amerihome Mtg Co, Llc, Po Box 77404, Ewing, NJ 08628-6404 |
| 14536041 | | Email/Text: BNBSB@capitalsvcs.com | Oct 26 2023 00:33:00 | Ccs/bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 14536039 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2023 00:35:19 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14560587 | | Email/Text: BKelectronicnotices@cenlar.com | Oct 26 2023 00:33:00 | Cenlar FSB, Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14549841 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2023 00:36:53 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14536040 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2023 00:35:19 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14549842 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2023 00:36:56 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14536043 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2023 00:33:00 | Comenity Bank/womnwthn, Po Box 182789, Columbus, OH 43218-2789 |
| 14536044 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2023 00:33:00 | Comenitycb/boscov, Po Box 182120, Columbus, |

Case 20-13620-pmm   Doc 44   Filed 10/27/23   Entered 10/28/23 00:33:39   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 25, 2023 | Form ID: 138OBJ | Total Noticed: 45 |

| Record | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14536045 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 26 2023 00:35:20 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14537899 |  | Email/Text: mrdiscen@discover.com | Oct 26 2023 00:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14536046 | + | Email/Text: mrdiscen@discover.com | Oct 26 2023 00:32:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14536042 |  | Email/Text: BNSFN@capitalsvcs.com | Oct 26 2023 00:33:00 | Ccs/first National Ban, 500 East 60th St North, Sioux Falls, SD 57104 |
| 14538428 |  | Email/Text: collecadminbankruptcy@fnni.com | Oct 26 2023 00:33:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 14536047 |  | Email/Text: collecadminbankruptcy@fnni.com | Oct 26 2023 00:33:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 14536048 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 26 2023 00:33:00 | Gbs/first Electronic B, Po Box 4499, Beaverton, OR 97076-4499 |
| 14559875 |  | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2023 00:36:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14536049 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 26 2023 00:33:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14536050 | + | Email/Text: Mercury@ebn.phinsolutions.com | Oct 26 2023 00:32:00 | Mercury Card/fb&t/tsys, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 14558814 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2023 00:36:54 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14578188 |  | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2023 00:33:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14559412 |  | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2023 00:33:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 14559904 |  | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2023 00:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14549751 |  | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2023 00:33:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14560185 | + | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2023 00:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 2489, Kirkland, WA 98083-2489 |
| 14559903 |  | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2023 00:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14559413 |  | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2023 00:33:00 | Quantum3 Group LLC as agent for, CreditShop LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14807868 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 26 2023 00:33:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14536051 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:35:14 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14536052 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:36:27 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14536053 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:36:58 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14536054 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:36:36 | Syncb/netwrk, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14536055 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | OH 43218-2120 |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 25, 2023 | Form ID: 138OBJ | Total Noticed: 45 |

| | | | Oct 26 2023 00:36:52 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
|---|---|---|---|---|
| 14536056 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:36:14 | Syncb/walmart, PO Box 960024, Orlando, FL 32896-0024 |
| 14536057 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 26 2023 00:33:00 | Webbank/gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14541334 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 26 2023 00:35:14 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14537669 | *+ | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:

**Name**        **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JOSEPH L QUINN
    on behalf of Debtor Linda R Richard CourtNotices@rqplaw.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Linda R Richard

   Debtor(s)            Case No: 20−13620−pmm

                      Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      United States Bankruptcy Court
      Office of the Clerk, Gateway Building
      201 Penn Street, 1st Floor
      Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/25/23

                                   41 − 38
                               Form 138OBJ