# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Linda R. Richard<br>**Debtor(s)**<br><br>AmeriHome Mortgage Company, LLC<br>**Movant**<br>vs.<br><br>Linda R. Richard<br>**Debtor(s)**<br><br>Scott F. Waterman,<br>**Trustee** | BK NO. 20-13620 PMM<br><br>Chapter 13<br><br>Related to Claim No. 18 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>December 7, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Linda R. Richard
92 Hall Road
Shoemakersville, PA 19555

<u>Attorney for Debtor(s)</u>
Joseph L. Quinn, Ross, Quinn & Ploppert, P.C.
192 South Hanover Street, Suite 101
Pottstown, PA 19464

<u>Trustee</u>
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: <u>December 7, 2022</u>

                              **<u>/s/Michael P. Farrington Esq.</u>**
                              Michael P. Farrington Esq.
                              Attorney I.D. 329636
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              (215) 825-6488
                              mfarrington@kmllawgroup.com